IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OS ENTERPRISE, LLC, | No. 4:11-cv-04375 SBA (NC) |
| Plaintiff, | **ORDER TO SHOW CAUSE FOR FAILURE TO FOLLOW COURT ORDERS** |
| v. | |
| FAIRLINE DEVELOPMENT CANADA, et al., | |
| Defendants. | |

The settlement conference in this case is scheduled for April 19, 2013. The conference was previously continued twice upon stipulated requests. The Court does not intent to grant a third continuance without extraordinary cause. To date, no party has submitted a settlement conference statement.

Accordingly, the parties are ordered to submit and serve their settlement conference statement conference briefs by noon on April 18, or show cause at a hearing on Friday, April 19, at 9:30 a.m. in Courtroom A as to why they and their counsel should not be sanctioned for failing to follow court orders. A copy of the Court's standing order is attached.

**IT IS SO ORDERED.**

Dated: April 17, 2013

NATHANAEL COUSINS
United States Magistrate Judge