UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OS ENTERPRISE, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>FAIRLINE DEVELOPMENT CANADA (1992) LTD., a Canada Corporation, and TAWA SUPERMARKET, INC. dba 99 Ranch Market,<br><br>    Defendants. | Case No:  C 11-4375 SBA<br><br>**ORDER**<br><br>Docket 48 |

On September 6, 2013, the Court issued an order accepting Magistrate Judge Nathanael Cousins' Report and Recommendation in which he recommended entry of default judgment against Defendant Fairline Development Canada (1992) Ltd. on each of Plaintiff OS Enterprise, LLC's ("OS Enterprise") claims. Dkt. 47. In that Order, the Court directed OS Enterprise to file a motion to prove damages on or before September 27, 2013. Id. On September 25, 2013, OS Enterprise filed a motion for additional time to file its motion to prove damages, requesting an additional 60 days to file the motion. Dkt. 48. Having read and considered OS Enterprise's motion and being fully informed, the Court finds that good cause exists to grant OS Enterprise a 60-day extension to file its motion to prove damages. Accordingly, OS Enterprise's motion for additional time to file its motion to prove damages is GRANTED. This Order terminates Docket 48.

IT IS SO ORDERED.

Dated: 11/27/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge