UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OS ENTERPRISE, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>FAIRLINE DEVELOPMENT CANADA (1992) LTD., a Canada Corporation, and TAWA SUPERMARKET, INC. dba 99 Ranch Market,<br><br>    Defendants. | Case No: C 11-4375 SBA<br><br>**ORDER OF REFERENCE**<br><br>Docket 46, 49 |

    On September 5, 2013, Pearson & Pearson, APC ("Pearson"), filed an amended motion to withdraw as counsel of record for Defendant Fairline Development Canada (1992) Ltd. ("Fairline"). Dkt. 46. On September 6, 2013, the Court issued an order accepting Magistrate Judge Nathanael Cousins' Report and Recommendation in which he recommended entry of default judgment against Fairline on each of Plaintiff OS Enterprise, LLC's ("OS Enterprise") claims. Dkt. 47. In that Order, the Court directed OS Enterprise to file a motion to prove damages. Id. On November 27, 2013, OS Enterprise filed a "Statement of Damages in Prove-Up of its Default Judgment." Dkt. 49.

    IT IS HEREBY ORDERED THAT Pearson's amended motion to withdraw as counsel of record for Fairline, and OS Enterprise's "Statement of Damages in Prove-Up of its Default Judgment" are REFERRED to Magistrate Judge Elizabeth Laporte for a Report

1  and Recommendation.  <u>See</u> N.D. Cal. Civ. L.R. 72-1.  Counsel will be advised of the date,
2  time and place of appearance, if any, by notice from Magistrate Judge Laporte.
3      IT IS SO ORDERED.
4  Dated: 12/16/2013

                                      SAUNDRA BROWN ARMSTRONG
                                      United States District Judge