UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OS ENTERPRISE, LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>     vs.<br><br>FAIRLINE DEVELOPMENT CANADA (1992) LTD., a Canada Corporation, and TAWA SUPERMARKET, INC. dba 99 Ranch Market,<br><br>          Defendants. | Case No:  C 11-4375 SBA<br><br>**JUDGMENT** |

In accordance with the Court's April 9, 2014 Order Accepting Report and Recommendation (Dkt. 60), IT IS HEREBY ORDERED THAT final judgment in the amount of $1,830,228 shall be entered in favor of Plaintiff OS Enterprise, LLC and against Defendant Fairline Development Canada (1992) Ltd.  Post-judgment interest shall accrue beginning on the date of entry of this judgment pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: 5/9/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge