1
2
3
4
5 UNITED STATES DISTRICT COURT
6 FOR THE NORTHERN DISTRICT OF CALIFORNIA
7 OAKLAND DIVISION
8

| | |
|---|---|
| OS ENTERPRISE, LLC, a California limited liability company,<br><br>   Plaintiff,<br><br>   vs.<br><br>FAIRLINE DEVELOPMENT CANADA (1992) LTD., a Canada Corporation, and TAWA SUPERMARKET, INC. dba 99 Ranch Market,<br><br>   Defendants. | Case No: C 11-4375 SBA<br><br>**ORDER DENYING MOTION FOR CERTIFICATION OF JUDGMENT**<br><br>Docket 65 |

On September 1, 2011, Plaintiff OS Enterprise, LLC ("Plaintiff") commenced the instant trademark infringement action against Defendants.  On May 5, 2014, final judgment was entered in favor of Plaintiff and against Defendant Fairline Development Canada (1992) Ltd. ("Fairline") in the amount of $1,830,228.  On July 30, 2014, Plaintiff filed a motion for certification of judgment, seeking certification of the final judgment "in the manner and form . . . required under the Canada Court Order Enforcement Act."  Plaintiff requests the Court sign its proposed Certificate of Judgment so it can register the final judgment in Canada and pursue collection against Fairline in Canada.  Plaintiff, however, offers no authority supporting its request.  In this District, the Clerk of the Court may issue a "Clerk's Certification of a Judgment to be Registered in Another District."  While Plaintiff asserts that this document is insufficient because it does not include certain

1 information required under the Canada Court Order Enforcement Act,[1] Plaintiff has failed to cite any authority demonstrating that it is entitled to the relief it requests.  Accordingly, Plaintiff's motion for certification of judgment is DENIED without prejudice.  This Order terminates Docket 65.

    IT IS SO ORDERED.

Dated:  8/26/2014

                                                              SAUNDRA BROWN ARMSTRONG
                                                              United States District Judge

---

[1] The information that Plaintiff seeks to include in its proposed Certificate of Judgment is available in the public docket.  Thus, to the extent that the form used by this Court to certify a judgment to be registered in another district is insufficient to register the final judgment in Canada, Plaintiff can secure certified copies of the relevant documents from the Clerk's Office.